IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION NO. 05-32-1 |
| v. : | |
| : | CIVIL ACTION NO. 19-4150 |
| ANGEL MEJIA : | |

## **ORDER**

AND NOW, this 21st day of October, 2022, upon consideration of Defendant Angel Mejia's Motions to Vacate, Set Aside and Correct Sentence Pursuant to 28 U.S.C. § 2255 (Document Nos. 335, 342 and 349), it is hereby ORDERED that the Motions are GRANTED in PART and DENIED in PART and Mejia's judgment and sentence on Count 7 of the superseding indictment is VACATED for the reasons set forth in the accompanying Memorandum Opinion, and Mejia shall be resentenced on the remaining Counts.

IT IS FURTHER ORDERED that an updated Pre-Sentence Investigation Report is ordered to be prepared and this matter shall be scheduled for resentencing on the first available date consistent with the Court's calendar following receipt of the updated PSIR.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,     C.J.